UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONRAD SHIPYARD, L.L.C.                      CIVIL ACTION

VERSUS                                       NO: 19-10864

FRANCO MARINE 1, LLC, ET AL.                 SECTION: "J" (1)

<u>VERDICT FORM</u>

## THE FOLLOWING QUESTIONS RELATE TO CONRAD'S CLAIMS AGAINST FM1, FM2, AND HMS REGARDING CONSTRUCTION OF THE VESSELS

### PART 1 - BREACH OF CONTRACT

1. Do you find by a preponderance of the evidence that the Vessel Construction Agreements were breached?

   Yes: __X__          No: _____

   If your answer to this question was "Yes," proceed to question 2. If your answer to this question was "No," proceed to question 3.

2. Do you find by a preponderance of the evidence that Conrad Shipyard, LLC (Conrad) sustained damages as a result of the breaches of the Vessel Construction Agreements?

   Yes: __X__          No: _____

   Proceed to question 3.

### PART 2 – ACTS OF AUTHORIZED AGENTS

3. Do you find by a preponderance of the evidence that Franco Marine 1, LLC (FM1) and Franco Marine 2, LLC (FM2) were Harley Marine Services, Inc.'s (HMS) agents?

   Yes: __X__          No: _____

   If your answer to this question was "Yes," proceed to question 4. If your answer to this question was "No," proceed to question 6.

4. Do you find by a preponderance of the evidence that, with respect to their dealings with Conrad, FM1 and FM2 were acting within the scope of their actual or apparent authority?

   Yes: __X__        No: _____

   If your answer to this question was "Yes," proceed to question 5. If your answer to this question was "No," proceed to question 6.

5. Do you find by a preponderance of the evidence that Conrad was aware of the principal/agent relationship between HMS and FM1 and FM2?

   Yes: __X__        No: _____

   Proceed to question 6.

## PART 3 – SINGLE BUSINESS ENTERPRISE

6. Do you find by a preponderance of the evidence that HMS, FM1, and FM2 operated as a single business enterprise?

   Yes: _____        No: _____

   Proceed to question 7.

## PART 4 – DETRIMENTAL RELIANCE

7. Do you find by a preponderance of the evidence that HMS, through its employees and representatives, made promises to Conrad that Conrad justifiably relied upon when making the decision to build these two vessels?

   Yes: __X__        No: _____

   If your answer to this question was "Yes," proceed to question 8. If your answer to this question was "No," proceed to question 9.

8. Do you find by a preponderance of the evidence that Conrad sustained damages because of its reliance upon HMS's promises?

   Yes: __X__        No: _____

   If your answer to question 8 OR question 2 was "Yes," proceed to question 9. If your answer to BOTH question 8 AND question 2 were "No," proceed to question 10.

## PART 5 – DAMAGES

9. What amount of actual damages has Conrad proven as a result of the breach of contract:

    $ 7,494,930.00

    Proceed to question 10.

## THE FOLLOWING QUESTIONS RELATE TO FM1'S AND FM2'S CLAIMS AGAINST HMS REGARDING THE CONSTRUCTION OF THE VESSELS

## PART 6 – REIMBURSEMENT OF AGENT EXPENSES

If your answer to question 4 was Yes, proceed to answer questions 10 and 11
If your answer to question 4 was No, proceed to question 12.

10. Do you find by a preponderance of the evidence that HMS agreed, implicitly or explicitly, to reimburse FM1 and FM2 for the $2 million down payment and the expenses they incurred in connection with the Conrad vessels?

    Yes: _____     No: __X__

    Proceed to question 11.

11. Do you find by a preponderance of the evidence that FM1 and FM2's $2 million down payment and the expenses they incurred in connection with the Conrad vessels were within the scope of their authority as agents of HMS?

    Yes: __X__     No: _____

    Proceed to question 12.

## PART 7 – DETRIMENTAL RELIANCE

12. Do you find by a preponderance of the evidence that HMS made promises that FM1 justifiably relied upon when making the $2 million down payment to Conrad for construction of the vessels?

    Yes: _____     No: _____

    If your answer to this question was "Yes," proceed to question 13.
    If your answer to this question was "No," proceed to question 14.

13. Do you find by a preponderance of the evidence that FM1 sustained damages because of its reliance upon HMS's promises?

    Yes: _____     No: _____

    Proceed to question 14.

## PART 8 – DAMAGES

14. If you answered "Yes" to question 10, 11, or 13, what amount, if any, does HMS owe to FM1 and/or FM2 related to down payments to Conrad for construction of the vessels?

    $ None

You have completed your deliberations. Have your Foreperson sign and date in the space provided and inform the Court Security Officer that you have completed your deliberations.

FOREPERSON: ███████████████

DATE: 12/16/2022